127 F.3d 1096
 Michael Jackson Powell
v.
Ernest E. Diecks, Tom Bender, George Petsock, David S.
Owens, Jr., Theodore G. Otto, III, Frederick C. Smith,
Robert Dickey, Federal Bureau of Prisons, U.S. Parole
Commission, U.S. Marshal Service, Andrew Domovich,
Superintendent State Correctional Institution at Pittsburgh 'SCIP'
 NO. 97-3018
 United States Court of Appeals,
Third Circuit.
 Aug 07, 1997
 
 Appeal From: W.D.Pa. ,No.9101194 ,
 Cohill, J.
 
 
 1
 Affirmed.